Randall A. Peterman, ISB No. 1944
GIVENS PURSLEY LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
rap@givenspursley.com
015882-0002

Attorneys for Stearns Bank National Association

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>KAY L. QUINN and<br>MICHAEL JOSEPH QUINN,<br><br>          Debtors. | Case No. 20-20617-NGH<br>Chapter 7 |

**STEARNS BANK NATIONAL ASSOCIATION'S (A) OBJECTION TO TRUSTEE'S MOTION FOR ORDER APPROVING SALE OF REAL PROPERTY AND OPPORTUNITY TO OBJECT; AND (B) SUPPORT FOR DEBTOR'S PAYMENT IN LIEU OF LIQUIDATION**

COMES NOW Stearns Bank National Association ("Stearns") and files this (a) Objection to Trustee's Motion for Order Approving Sale of Real Property and Opportunity to Object; and (b) Support for Debtor's Payment in Lieu of Liquidation ("Objection"). This Objection relates to the Trustee's Motion for Order Approving Sale of Real Property and Opportunity to Object filed June 11, 2021 (CR 39) ("Trustee's Motion"). This Objection further relates to the Debtor's Motion for Order Authorizing Payment in Lieu of Liquidation dated July 30, 2021 (CR 47) ("Debtor's Cash Motion").

**STEARNS BANK NATIONAL ASSOCIATION'S (A) OBJECTION TO TRUSTEE'S MOTION FOR ORDER APPROVING SALE OF REAL PROPERTY AND OPPORTUNITY TO OBJECT; AND (B) SUPPORT FOR DEBTOR'S PAYMENT IN LIEU OF LIQUIDATION - 1**

15768174.2

1. Debtor filed a Chapter 7 petition on December 23, 2020.

2. David P. Gardner is the duly appointed Chapter 7 Trustee ("Trustee").

3. Stearns is an unsecured creditor of the Debtor, by filing that certain Proof of Claim No. 1 on May 7, 2021 in the amount of $238,704.17.

4. Stearns is presumably the only unsecured creditor of the Debtor to have timely filed a proof of claim in this Chapter 7 proceeding, as to which an objection has not been filed

5. On June 11, 2021, the Trustee's Motion was filed, wherein the Trustee proposed to sell the residence of the Debtor located at 5151 Inverness Drive, Post Falls, Idaho ("Real Property").  The Trustee's Motion indicates that sale of the residence will result in a net benefit to the estate of $117,794.58.  Trustee's Motion at 2.  Upon information and belief, this amount should actually be $153,740.73 after satisfaction of (a) two deeds of trust on the Real Property ($332,499.27); (b) the Debtor's homestead ($175,000.00); (c) a realtor's commission ($45,000); (d) closing costs ($11,760.00); and (e) a trustee's fees, estimated to be $320,000.00. Therefore, Stearns is unsure as to the validity of the mathematical calculations of the Trustee reflected in the Trustee's Motion.

6. As an alternative to the Trustee's Motion, and on July 30, 2021, the Debtor filed his Debtor's Cash Motion proposing that the Debtor infuse $210,000.00 cash into the estate, in lieu of the Trustee's sale of the residence of the Debtor.

7. According to the Debtor, granting the Trustee's Motion will result in net benefit to the estate of $153,740.73. According to the Debtor, granting the Debtor's Cash Motion will result in net benefit to the estate of $196,250.00.  Debtor's Cash Motion at 2.

**STEARNS BANK NATIONAL ASSOCIATION'S (A) OBJECTION TO TRUSTEE'S MOTION FOR ORDER APPROVING SALE OF REAL PROPERTY AND OPPORTUNITY TO OBJECT; AND (B) SUPPORT FOR DEBTOR'S PAYMENT IN LIEU OF LIQUIDATION - 2**

8. As the sole unsecured creditor, Stearns has standing to object to the Trustee's Motion, and support the Debtor's Cash Motion, and by this document does so. Stearns will receive substantially more of a distribution if the Debtor's Cash Motion is granted.

9. "The primary role of a chapter 7 trustee in an asset case is to liquidate the debtor's nonexempt assets in a manner that maximizes the return to the debtor's unsecured creditors." Chapter 7 Bankruptcy Basics, United States Courts, www.uscourts.gov>services-forms>chapter-7-bankruptcy. The Debtor's Cash Motion should be granted, since granting the Debtor's Cash Motion will advance this policy.

10. "Idaho's exemption statutes are to be construed in favor of debtors." *In re Merrill,* 431 B.R. 239, 242 (Bankr. D. Idaho 2009). The Debtor's Cash Motion should be granted, since doing so preserves the homestead of the Debtor to the greatest degree possible.

11. By filing this document, Stearns seeks distribution of the monies it is owed pursuant to the obligations evidenced by its Proof of Claim. Stearns will not withdraw its Proof of Claim in exchange for any proposed repayment but instead is seeking its pro rata distribution as part of any payment to unsecured creditors regardless of the source of the monies for such payment.

Based upon the foregoing, Stearns requests that the Court deny the Trustee's Motion to Sell, and grant the Debtor's Cash Motion.

**STEARNS BANK NATIONAL ASSOCIATION'S (A) OBJECTION TO TRUSTEE'S MOTION FOR ORDER APPROVING SALE OF REAL PROPERTY AND OPPORTUNITY TO OBJECT; AND (B) SUPPORT FOR DEBTOR'S PAYMENT IN LIEU OF LIQUIDATION - 3**

15768174.2

DATED this 11th day of August, 2021.

GIVENS PURSLEY LLP


By  */s/ Randall A. Peterman*
  Randall A. Peterman – Of the Firm
  Attorneys for Stearns Bank National
  Association

**STEARNS BANK NATIONAL ASSOCIATION'S (A) OBJECTION TO TRUSTEE'S MOTION FOR ORDER APPROVING SALE OF REAL PROPERTY AND OPPORTUNITY TO OBJECT; AND (B) SUPPORT FOR DEBTOR'S PAYMENT IN LIEU OF LIQUIDATION - 4**

15768174.2

**CERTIFICATE OF SERVICE-**

I HEREBY CERTIFY that on the 11th day of August, 2021, I filed the foregoing **STEARNS BANK NATIONAL ASSOCIATION'S (A) OBJECTION TO TRUSTEE'S MOTION FOR ORDER APPROVING SALE OF REAL PROPERTY AND OPPORTUNITY TO OBJECT; AND (B) SUPPORT FOR DEBTOR'S PAYMENT IN LIEU OF LIQUIDATION** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Safa Michael Riadh**
safa@lawyercda.com
erinewebb@yahoo.com
camphillipslaw@gmail.com
erinewebb@yahoo.com
camphillipslaw@gmail.com
phillipsecf@gmail.com
riadhsr45791@notify.bestcase.com
r45791@notify.bestcase.com

**United States Trustee**
ustp.region18.bs.ecf@usdoj.gov

**David P. Gardner**
trustee@winstoncashatt.com
dpg@winstoncashatt.com
ID17@ecfcbis.com
azh@winstoncashatt.com

**James A. Spinner**
spinjim@cableone.net

**Nicole R. Wheir**
nicole.luth@painehamblen.com
ads@painehamblen.com

AND, I FURTHER CERTIFY that on such date I served the foregoing **STEARNS BANK NATIONAL ASSOCIATION'S (A) OBJECTION TO TRUSTEE'S MOTION FOR ORDER APPROVING SALE OF REAL PROPERTY AND OPPORTUNITY TO OBJECT; AND (B) SUPPORT FOR DEBTOR'S PAYMENT IN LIEU OF LIQUIDATION** on the following non-CM/ECF Registered Participants in the manner indicated:

Kay Quinn                                                  (X) U.S. Mail, Postage Prepaid
Michael Quinn                                              ( ) Hand Delivered
2900 North Government Way, Ste. 312                        ( ) Overnight Mail
Coeur d'Alene, ID 83815                                    ( ) Facsimile

**STEARNS BANK NATIONAL ASSOCIATION'S (A) OBJECTION TO TRUSTEE'S MOTION FOR ORDER APPROVING SALE OF REAL PROPERTY AND OPPORTUNITY TO OBJECT; AND (B) SUPPORT FOR DEBTOR'S PAYMENT IN LIEU OF LIQUIDATION - 5**

15768174.2

| | |
|---|---|
| AMEX TRS Co., Inc.<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | (X) U.S. Mail, Postage Prepaid<br>(  ) Hand Delivered<br>(  ) Overnight Mail<br>(  ) Facsimile |

                                              */s/ Randall A. Peterman*
                                              Randall A. Peterman

**STEARNS BANK NATIONAL ASSOCIATION'S (A) OBJECTION TO TRUSTEE'S MOTION FOR ORDER APPROVING SALE OF REAL PROPERTY AND OPPORTUNITY TO OBJECT; AND (B) SUPPORT FOR DEBTOR'S PAYMENT IN LIEU OF LIQUIDATION - 6**

15768174.2